UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-HC-2206-BO

UNITED STATES OF AMERICA,       )
            Petitioner,         )
                                )
    v.                          )
                                )
EDWARD DAVID ERWIN,             )
            Respondent.         )

ORDER

This mater comes before the court upon motion of the United States to dismiss the Certification of a Sexually Dangerous Person filed against the respondent. For good causing having been shown, the court GRANTS the United States' motion. The court hereby dismisses the above-captioned matter.

SO ORDERED this 25 day of October 2011.

*[signature]*
TERRENCE W. BOYLE
United States District Judge