UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-HC-2206-BO

UNITED STATES OF AMERICA,        )
            Petitioner,          )
                                 )
    v.                           )
                                 )
EDWARD DAVID ERWIN,              )
            Respondent.          )

ORDER

This mater comes before the court upon motion of the United States to dismiss the Certification of a Sexually Dangerous Person filed against the respondent. For good causing having been shown, the court GRANTS the United States' motion. The court hereby dismisses the above-captioned matter.

SO ORDERED this 25 day of October 2011.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge